UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JEFFREY WORSHAM,        )<br>                               )<br>           Plaintiff,         )<br>                               )<br>v.                              )<br>                               )<br>MICHAEL J. ASTRUE,    )<br>                               )<br>           Defendant.      )<br>_____ ) | 3:08-cv-00591-LRH (VPC)<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#21) entered on December 30, 2009, in which the Magistrate Judge recommends that Plaintiff's Motion for Reversal of the Commissioner's Decision (#16) be denied and Defendant's Cross-Motion to Affirm (#19) be granted. No objections have been filed with the court. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

1   ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2   Magistrate Judge (#21); therefore, Plaintiff's Motion for Reversal (#16) is denied and Defendant's
3   Cross-Motion to Affirm (#19) is granted.
4   IT IS SO ORDERED.
5   DATED this 28th day of January, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE