AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF   NEVADA

JEFFREY WORSHAM,

    Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER: **3:08-CV-00591-LRH-VPC**

MICAEL J. ASTRUE,

    Defendant.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Reversal (#16) is denied and Defendant's Cross-Motion to Affirm (#19) is granted.

   February 3, 2010                                  **LANCE S. WILSON**
                                                                Clerk

                                                              /s/ D. R. Morgan
                                                                Deputy Clerk